United States Court of Appeals

For the Eighth Circuit

_____

No. 21-3273
_____

United States of America,

*Plaintiff - Appellee*,

v.

Mikato Fulks,

*Defendant - Appellant.*
_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville
_____

Submitted: March 4, 2022
Filed: March 15, 2022
[Unpublished]
_____

Before COLLOTON, SHEPHERD, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Mikato Fulks appeals after the district court[1] revoked his supervised release
and sentenced him to 24 months in prison. His counsel has moved to withdraw, and

_____

[1]The Honorable Timothy L. Brooks, United States District Judge for the
Western District of Arkansas.

has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), suggesting that the district court erred in relying on a certified copy of a state court criminal judgment to find that Fulks violated his conditions of release, and that the revocation sentence was unreasonable.

After careful review of the record, we conclude that the district court did not abuse its discretion by relying on a certified copy of the judgment for Fulks's state court controlled-substance conviction. *See* 18 U.S.C. § 3583(e)(3); *United States v. Goodon*, 742 F.3d 373, 375-76 (8th Cir. 2014). We also conclude that Fulks's sentence was not substantively unreasonable, as there is no indication that the court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. *See United States v. Miller*, 557 F.3d 910, 914 (8th Cir. 2009) (standard of review); *United States v. Larison*, 432 F.3d 921, 922-23 (8th Cir. 2006). The sentence was within the advisory sentencing guidelines range and below the statutory limit, *see* 18 U.S.C. § 3583(e)(3). The district court also explained that it had considered the factors under 18 U.S.C. § 3553(a). *See United States v. Wohlman*, 651 F.3d 878, 887 (8th Cir. 2011).

Accordingly, we grant counsel's motion to withdraw, and affirm.

_____